JORDAN, Circuit Judge, concurring:
I concur in the judgment and join most of the majority opinion. As to the district court’s consideration of the FBI agent’s affidavit, I am not sure that the court could take judicial notice for the truth of the matters set forth in the affidavit. See United States ex reí Osheroffv. Humana, Inc., 776 F.3d 805, 811 (11th Cir.2015); Bryant v. Avado Brands, Inc., 187 F.3d 1271, 1278-79 (11th Cir.1999); United States v. Jones, 29 F.3d 1549, 1553-54 (11th Cir.1994). Nevertheless, as the majority indicates, Mr. Taylor invited any error by asking the district court to consider the affidavit.